No. 72–481. DEPARTMENT OF GAME OF WASHINGTON
v. PUYALLUP TRIBE ET AL.; and

No. 72–746. PUYALLUP TRIBE v. DEPARTMENT OF
GAME OF WASHINGTON. Sup. Ct. Wash. [Certiorari
granted, 410 U. S. 981.] Motion of Ramona C. Bennett
et al. for leave to file a brief as *amici curiae* in support
of Puyallup Tribe granted. Motion of National Congress of American Indians, Inc., et al., for leave to file a
brief as *amici curiae* in support of Puyallup Tribe in No.
72–746 granted.

No. 72–490. McDONNELL DOUGLAS CORP. v. GREEN,
411 U. S. 792. Motion of respondent to retax costs
denied.

No. 72–671. ESPINOZA ET VIR v. FARAH MANUFACTURING CO., INC. C. A. 5th Cir. [Certiorari granted, 411
U. S. 946.] Motion of Facilities Management Corp. for
leave to file a brief as *amicus curiae* denied.

No. 72–777. CLEVELAND BOARD OF EDUCATION ET AL.
v. LAFLEUR ET AL. C. A. 6th Cir.; and

No. 72–1129. COHEN v. CHESTERFIELD COUNTY
SCHOOL BOARD ET AL. C. A. 4th Cir. Motions of American Civil Liberties Union et al., National Education Assn.
et al., and International Union of Electrical Radio &
Machine Workers, AFL–CIO, for leave to file briefs as
*amici curiae* granted. Motion of Margaret M. Broussard
for leave to file a brief as *amicus curiae* and to dispense
with printing granted. Motion of International Association of Official Human Rights Agencies for leave to file a
brief as *amicus curiae* in No. 72–777 granted. Motions
of State of Maryland Commission on Human Relations
et al., and Delta Air Lines, Inc., for leave to file briefs as
*amici curiae* in No. 72–1129 granted.